FILED

2014 Jul-10  AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

ALLAN WILLIAMS,                     )
                                    )
              Plaintiff,            )
                                    )
v.                                  )      Case No. 4:14-cv-00240-RBP-JEO
                                    )
CARTER DAVENPORT, *et al*.,         )
                                    )
              Defendants.           )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 18, 2014, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

There being no objections, the action will be dismissed without prejudice.

**DONE** and **ORDERED** this the 10th day of July, 2014.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**